

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00381-CR

The State Of Texas
v.
Tina  Gail Marek

On appeal from the
24th District Court of Victoria County, Texas
Trial Cause No. 15-02-28509-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed.  The Court orders the appeal DISMISSED AS MOOT  in accordance with its opinion.

We further order this decision certified below for observance.

September 2, 2016.